# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JOHN WAYNE,<br><br>                              Plaintiff,<br>   vs.<br>ROBERT HERNANDEZ, et al.,<br><br>                              Defendant. | CASE NO. 08cv1904-WMC<br><br>ORDER |

A review of the Court's electronic demonstrates Plaintiff has failed to comply with the order issued March 22, 2010 (Doc. No. 32). Therefore, this case is **dismissed without prejudice**.

IT IS SO ORDERED.

DATED: July 20, 2010

_____

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court